# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00442-CV

**R. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 51ST DISTRICT COURT OF SCHLEICHER COUNTY
## NO. 3233, JUDGE BARBARA L. WALTHER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R.H. filed her notice of appeal on June 24, 2016. On September 6, 2016, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than September 26, 2016. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on September 13, 2016.

Before Justices Puryear, Pemberton and Field